18 P.3d 1230

Nanette HISLOP, a single woman; on her own behalf and on behalf of her minor sons, Adam, Jacob and James Hislop, Plaintiffs–Appellants,

v.

SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT, a political subdivision of the State of Arizona; Dycom Industries, Inc., a corporation doing business in Arizona; S.T.S., Inc., a corporation doing business in Arizona, Defendants–Appellees.

Michael McLaurin and Debra McLaurin, husband and wife; on their own behalf, and on behalf of their minor daughters, Latasha, Carrie, Michelle and Sherry McLaurin, Plaintiffs–Appellants,

v.

Salt River Project Agricultural Improvement and Power District, a political subdivision of the State of Arizona; Dycom Industries, Inc ., a corporation doing business in Arizona; S.T.S., Inc., a corporation doing business in Arizona, Defendants–Appellees.

No. CV–00–0200–PR.

Supreme Court of Arizona.

Jan. 23, 2001.

**AMENDED ORDER**

MCGREGOR, Duty Justice.

After hearing oral argument and considering further the pleadings filed, it appears to a majority of the Court that the grant of review in this case was improvident. Therefore,

IT IS ORDERED that the order granting review is vacated.

IT IS FURTHER ORDERED that the Petition for Review is denied.

Chief Justice Zlaket and Justice Feldman dissent from that part of this order which

vacates review as improvident and denies the petition for review.